UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE J. OTWELL,<br><br>     Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>     Defendant. | Case No.  14-cv-02055-WHO<br><br>**ORDER TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA** |

On March 5, 2014, plaintiff filed this case seeking review of a final decision of the Commissioner of Social Security denying her claim for benefits.  Plaintiff lives in Susanville, California.  Susanville is in Lassen County, within the judicial district of the United States District Court for the Eastern District of California.  Appeals from adverse decisions of the Commissioner of Social Security shall be brought in the judicial district where the plaintiff resides.  42 U.S.C. § 405(g) ("Such action shall be brought in the district court of the United States for the judicial district in which the plaintiff resides . . . .").

Therefore, I ORDER the Clerk to transfer this case to the Eastern District of California.

**IT IS SO ORDERED**.

Dated: May 8, 2014

_____
WILLIAM H. ORRICK
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE J OTWELL,<br><br>           Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>           Defendant.<br>_____/ | Case Number: CV14-02055 WHO<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 8, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Michele J. Otwell
471-885 Diamond Crest Road
Susanville, CA 96130


Dated: May 8, 2014

Richard W. Wieking, Clerk
             By: Jean Davis, Deputy Clerk